

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NUMBER: 00-171 |
| JOHN HERRING 27157-034 consolidated with MARTHA SEWELL HERRING 27158-034 | * * | SECTION: "K" |

\* \* \*

**MOTION AND INCORPORATED MEMORANDUM TO EXTEND TIME WITHIN WHICH TO ANSWER MOTION TO VACATE, SET ASIDE, AND TO CORRECT, MODIFY, RESENTENCE OR SET FOR NEW TRIAL PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255**

NOW INTO COURT, comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

The government has experienced delays in obtaining its file which contained materials needed to respond to the petitioners' assertions. Further, undersigned counsel was ill for several days and unable to devote the time necessary to adequately respond to the petitioners' motion.

DATE OF ENTRY
JAN 1 2 2005

1

WHEREFORE, the government prays that it be given an additional 30 days within which to respond to petitioners' motions.

        JIM LETTEN
        UNITED STATES ATTORNEY

        */s/ Patrice Harris Sullivan*
        PATRICE HARRIS SULLIVAN
        Assistant United States Attorney
        Bar Roll No. 14987
        Hale Boggs Federal Building
        500 Poydras Street, Suite 210
        New Orleans, Louisiana 70130
        Telephone: 504/680-3115

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all parties by mailing same to each, properly addressed and postage prepaid this 10th day of January, 2005.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NUMBER: 00-171 |
| JOHN HERRING 27157-034 consolidated with MARTHA SEWELL HERRING 27158-034 | * * | SECTION: "K" |

\* \* \*

ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that the government's motion for additional time within which to respond to petitioners' motion is hereby GRANTED.

IT IS FURTHER ORDERED that the United States Attorney for the Eastern District of Louisiana file on or before Monday, February 14, 2005, an answer containing a written statement of the government's position concerning petitioner's application and a list of citations of authorities upon which the government relies.

New Orleans, Louisiana, this _____ day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE

1