```
                                              U. S. DISTRICT COURT
                                            Eastern District of Louisiana

                                            FILED  MAR  7 2005

         UNITED STATES DISTRICT COURT        LORETTA G. WHYTE
         EASTERN DISTRICT OF LOUISIANA            Clerk
                                                         9H
UNITED STATES OF AMERICA      *      CIVIL ACTION NUMBERS:
                                     Consolidated
VERSUS                        *

JOHN HERRING a/k/a JOHN MORRIS *     (CRIMINAL NO. 00-171)
HERRING, SR., MARTHA SEWELL
a/k/a MARTHA HERRING, ET AL   *      SECTION: "K" (3)

              *       *       *
```

****************************************************************

# N O T I C E

****************************************************************

MAY IT PLEASE THE COURT:

PLEASE BE ADVISED that, as December 7, 2004, Defendant/Appellant John Herring now resides at:

> **John Herring (27157-034)**
> **Satellite Prison Camp**
> **P O Box 5010**
> **Oakdale, LA 71463-5010**

As with any federal prisoner, the appropriate way to insure timely receipt of official (legal) correspondence would be to include the following prominently displayed on the outside of the envelope:

**"LEGAL MAIL: OPEN ONLY IN PRESENCE OF INMATE"**

Please direct all future correspondence intended for John Herring in accordance with the abovestated.

Respectfully Submitted,

_John M. Herring_
John M. Herring, Defendant/Appellant

___Fee___
___Process___
_X_ Dktd___
_X_ CtRmDep___
Doc. No. ___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon the U.S. Attorney, Eastern District of Louisiana, Hale Boggs Federal Building Second Floor, New Orleans, Louisiana 70130, this _28th_ day of February, 2005.

_____
John M. Herring, Defendant/Petitioner





John Herring (27157-034)
Satellite Prison Camp
P O Box 5010
Oakdale, LA 71463-5010

LEGAL MAIL

CLERK OF COURT
United States District Court
500 Camp Street, C-151
New Orleans, Louisiana 70130

70130-3302