UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-171 |
| JOHN HERRING, ET AL. | SECTION "K" |

### JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States of America and against Martha Sewell-Herring and John Herring dismissing Martha Herring's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 199) and John Herring's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 200).

Houma, Louisiana, this 2nd day of December, 2005.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE