UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| v. | * | NO. 00-171 |
| **JOHN HERRING** | * | **SECTION: "K"** |
| **MARTHA SEWELL** | | |
| | * * * | |

## O R D E R

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the Judgment and Probation/Commitment Order be amended to change the name of Stanford Trust as victim to Golden Age Trusts c/o Stephen Carleton and Nicole Gould.

**IT IS FURTHER ORDERED** that the Clerk of Court make restitution payments payable to Golden Age Trusts c/o Stephen Carleton and Nicole Gould, and mailed to Golden Age Trusts c/o Stephen Carleton and Nicole Gould, One American Place, 9th Floor, Baton Rouge, LA 70825.

New Orleans, Louisiana, this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE